PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

L. JAMALA EDWARDS, OR 010369
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2732
Fax: (206) 615-2531
jamala.edwards@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBRA ANN OWSTON, | Case No.: 2:23-cv-00609-TLN-AC |
| Plaintiff, | STIPULATION and [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended from May 30, 2023, up to and including June 30, 2023. This is the Defendant's first request for an extension. Defendant requests this extension to further consider the transcript and issues to determine the appropriate response. In addition, Defendant's

counsel assigned to this case will out of the office starting May 25, 2023 and returning after June 5, 2023. For these reasons, Defendant asks the Court to approve this unopposed motion and extend the deadline to file a response to Plaintiff's Complaint. Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 25, 2023     /s/ Beverly Meyerhoff
                        as authorized on behalf of
                        Attorney(s) for Plaintiff


Dated: May 25, 2023     PHILLIP A. TALBERT
                        United States Attorney
                        MATHEW W. PILE
                        Associate General Counsel
                        Social Security Administration

                   By:  /s/ L. Jamala Edwards
                        L. Jamala Edwards
                        Special Assistant U.S. Attorney
                        Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including June 30, 2023, to respond to Plaintiff's Complaint.

DATED: May 26, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE