PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
L. Jamala Edwards, OR 010369
Special Assistant United States Attorney
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: (206) 615-2732
     E-Mail: Jamala.Edwards@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

|  |  |
|---|---|
| DEBRA ANN OWSTON, | )   CIVIL NO. 2:23-cv-00609-TLN-AC |
|     Plaintiff, | ) |
| v. | ) **STIPULATION TO VOLUNTARY** |
|  | ) **REMAND PURSUANT TO SENTENCE** |
| KILOLO KIJAKAZI, | ) **FOUR OF 42 U.S.C. § 405(g) AND TO** |
| Acting Commissioner of Social Security, | ) **ENTRY OF JUDGMENT; ORDER** |
|     Defendant. | ) |
|  | ) |
|  | ) |

The parties, acting through their respective counsel, hereby stipulate and agree that the above-captioned case be reversed and remanded. Upon remand, the Appeals Council will instruct an Administrative Law Judge (ALJ) to issue a new decision and instruct the ALJ to re-evaluate the evidence of record. The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

1       The parties further request that the Court direct the Clerk of the Court to enter a final

2   judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Acting

3   Commissioner.

4       Respectfully submitted this 15th day of June 2023.

5

6      Dated:  June 20, 2023        */s/Melissa Nyman*

7               Melissa Nyman
            Attorney for Plaintiff

8               *Authorized via e-mail on June 15, 2023

9

10              PHILLIP A. TALBERT
            United States Attorney

11              MATHEW W. PILE
            Associate General Counsel

12              Social Security Administration

13      By:    */s/ L. Jamala Edwards*

14              L. Jamala Edwards
            Special Assistant United States Attorney

15              Attorneys for Defendant

16  **<u>ORDER</u>**

17      Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42

18  U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the

19  above-captioned action is remanded to the Acting Commissioner of Social Security for further

20  proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g),

21  sentence four. On remand, the Appeals Council will remand the case to an administrative law

22  judge for a new decision in accordance with the parties' Stipulation.

23

24   DATED:  June 27, 2023

25

26              Troy L. Nunley
            United States District Judge

27

28