MELISSA MARKOS NYMAN, ESQ.
Nyman Turkish, PC
3009 Douglas Blvd.
Suite 200
Roseville, CA 95661
855-463-2149
Fax: 916-218-4341
Email: melissa.nyman@nymanturkish.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| DEBRA ANN OWSTON,<br><br>   Plaintiff,<br><br> v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No. 2:23-cv-00609-TLN-AC<br><br>**JOINT STIPULATION FOR EAJA FEES AND COSTS; ORDER** |

### JOINT STIPULATION FOR EAJA FEES AND COSTS

Defendant, the Commissioner of Social Security (Commissioner), by their undersigned counsel, and Plaintiff, by their counsel David Chermol, hereby stipulate to an award of $1,432.40 in EAJA fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2414 *et seq*., in the above-captioned matter.

This Court has entered an order and judgment remanding this case to the Commissioner for further administrative proceedings. In the interests of saving the Court's time and consistent with the local rules, the parties have conferred and agreed to resolve the matter of the EAJA fees in this case without further litigation. The parties agree that Plaintiff will receive a total award of $1,432.40 in EAJA fees.

Payment of these amounts shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. The parties further agree that the EAJA award is without prejudice to Plaintiff's attorney's right to seek attorney fees pursuant to Social Security Act §

-1-

206(b), 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.  *See* 28 U.S.C. § 2412(c)(1) (2006).

Under *Astrue v. Ratliff*, 130 S.Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)).  This Court should therefore order the EAJA fees to be paid to Plaintiff. The Commissioner recognizes that Plaintiff assigned their right to EAJA fees to their attorney.  If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program; and (2) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney.  However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

Respectfully submitted this September 18, 2023.

| For Plaintiff: | For Defendant: |
|---|---|
| */s/ **Melissa Markos Nyman, Esq.*** <br> Melissa Markos Nyman, Esq. <br> 3009 Douglas Blvd. <br> Suite 200 <br> Roseville, CA 95661 <br> 855-463-2149 <br> melissa.nyman@nymanturkish.com | /s/ **L. Jamala Edwards** <br> L. Jamala Edwards <br> Social Security Administration <br> Office of the General Counsel <br> 6401 Security Blvd. <br> Baltimore, MD 21235 <br> 410-965-6107 <br> Email: jamala.edwards@ssa.gov <br><br> *(Electronically signed with counsel's permission)* |

MELISSA MARKOS NYMAN, ESQ.
Nyman Turkish, PC
3009 Douglas Blvd.
Suite 200
Roseville, CA 95661
855-463-2149
Fax: 916-218-4341
Email: melissa.nyman@nymanturkish.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

DEBRA ANN OWSTON,

    Plaintiff,

    v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

Case No. 2:23-cv-00609-TLN-AC

**ORDER**

ORDER

    AND NOW, this 26th day of September, 2023, having considered Plaintiff's Motion for Attorney's Fees and any response thereto, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $1,432.40.  Subject to any offset under the Treasury Offset Program, payment of this award shall be made via Nyman Turkish, PC.  If EAJA fees and costs are not subject to any offset and an assignment is provided to SSA, the award shall be paid directly to the order of Melissa Markos Nyman, Esquire. All checks must be mailed care of Nyman Turkish, PC.

                                             Troy L. Nunley
                                             United States District Judge